**Wesley MEAD**

v.

**STATE**

**CR-13-0282**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

**Joseph Wayne RODGERS**

v.

**STATE**

**CR-13-0379**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Charles Erastis PIGG**

v.

**STATE**

**CR-13-0294**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**James Otis WILLIAMS**

v.

**STATE**

**CR-13-0391**

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed